IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRY BARRETT and
WARREN MILLS                                                                                      Plaintiffs

vs.                                         4:04-CV-104 JMM

JOEL VONN BONN                                                                                 Defendant

ORDER OF DISMISSAL

The file herein reflects that the complaint was filed on February 6, 2004, and does not show that the above named defendants have ever been served.

IT IS HEREBY ORDERED, pursuant to Rule 4(m), FRCP, that the complaint be, and it is hereby, dismissed without prejudice for failure to prosecute against the above named defendants.

Dated this 12th day of December, 2005.

AT THE DIRECTION OF THE COURT
James W. McCormack, Clerk

By   /s/   Marge Higginbotham
             Deputy Clerk